1

2

3

4

5

6                        UNITED STATES DISTRICT COURT
                         WESTERN DISTRICT OF WASHINGTON
7                                   AT SEATTLE

8    CITZENS INSURANCE COMPANY ,

9                         Plaintiff,                CASE NO. 3:19-cv-05401 BAT

10          v.                                      **ORDER GRANTING EXTENSION
                                                    OF TIME TO ANSWER**
11   BURT FRALEY, KATHY FRALEY, and
     BFD DEVELOPMENT, LLC,
12
                          Defendants.
13
            Pursuant to the parties' joint request for extension of time due to the mediation set for
14
     August 28, 2019 (Dkt. 12), it is hereby **ORDERED** that Defendants shall file their answer to
15
     Plaintiff's complaint by **September 11, 2019**.
16
            DATED this 14th day of June, 2019.
17

18
                                                   _____
19                                                 BRIAN A. TSUCHIDA
                                                   Chief United States Magistrate Judge
20

21

22

23